**CERTIFICATE OF SERVICE**

On this 25th day of July 2023, a copy of the foregoing was served upon all parties listed on the Electronic Case Filing (ECF) System.

*/s/ Alexandra F. Foster*
Alexandra F. Foster
Assistant United States Attorney
