UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

No. 1:23-CR-000243-RDM

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.    ) | **MOTION FOR ADMISSION** |
| ) | *PRO HAC VICE* |
| JAMES WYMAN,    ) | **And AFFIDAVIT** |
| ) | |
| Defendant.    ) | |

NOW COMES Christopher M. Young ("Local Counsel"), a member in good standing with the Bar with the United States District Court for the District of Columbia, and moves for the admission of Christian Emerson Dysart and Geoffrey Ryan Willis ("Applicants"), who seek permission to represent James Wyman, ("Client") in the above-captioned case.

By signing this motion, Local Counsel and Applicants certify that:

1. Applicant Christian Emerson Dysart and Geoffrey Ryan Willis are members in good standing of the bar in the highest Court of North Carolina, where Applicant regularly practices law.

2. Applicants practices under the name of or as a member of the following firm:

    **Firm Name:** Dysart Willis, PLLC

    **Mailing Address:** 530 Hillsborough Street, Suite 200

    **City/State/Zip:** Raleigh / NC / 27603

    **Telephone Number:** (919) 747-8380  **Facsimile Number:** (919) 882-1222

**Email Address (required):** christian@dysartwillis.com

ryan@dysartwillis.com

3. Applicants, Christian Emerson Dysart and Geoffrey Ryan Willis certify that they are also admitted to practice before and remain in good standing with the Courts in the following jurisdictions:

   Eastern District of North Carolina, Middle District of North Carolina, and Western District of North Carolina.

4. Applicants certify they have never been the subject of any formal suspension or disbarment proceeding; have never been denied admission *pro hac vice* in this or any other jurisdiction or had *pro hac vice* admission revoked; never had any certificate or privilege to appear and practice before any judicial or administrative body suspended or revoked; and have never received public discipline by any court or lawyer regulatory organization.

5. Applicants confirm this is the second Motion for Admission Pro Hac Vice and Affidavit they have filed with the United States District Court for the District of Columbia.

6. Applicants certify that the client requested Applicants to represent him in this matter.

7. Applicants agrees to be subject to the Orders of the District of Columbia, including the Local Rules of the District Court of the District of Columbia, and are amenable to the disciplinary action and the civil jurisdiction of the

District Court of the District of Columbia in all respects as if the applicants were a regularly admitted and licensed member of the Bar of this Court in good standing.

8. Local Counsel is satisfied that Applicant is qualified to practice before the Bar of the United States District Court for the District of Columbia.

9. The required fee for admission *pro hac vice* is being submitted with the filing of this motion.

10. Applicants consent to electronic notifications.

By signing this Motion, we so certify.

This, the 28th day of July, 2023.

THE YOUNG LAW FIRM, PLLC
By: *[signature]*

CHRISTOPHER M. YOUNG
U.S. D.C. Bar No. 1003301
cyoung@theylf.com
700 12th St., NW Suite 700
Washington, D.C. 20005
Telephone: (919) 870-1191
Facsimile: (919) 478-2119
*LOCAL COUNSEL*

DYSART WILLIS, PLLC
By: *[signature]*

CHRISTIAN EMERSON DYSART
N.C. State Bar No. 36734
christian@dysartwillis.com
530 Hillsborough St., Suite 200
Raleigh, NC 27603
Telephone: (919) 747-8380
Facsimile: (919) 882-1222
*LOCAL CRIMINAL RULE 57.1 (d)*
*ATTORNEY FOR DEFENDANT*

DYSART WILLIS, PLLC

By: _____
GEOFFREY RYAN WILLIS
N.C. State Bar No. 33004
ryan@dysartwillis.com
530 Hillsborough St., Suite 200
Raleigh, NC  27603
Telephone: (919) 747-8380
Facsimile: (919) 882-1222
*LOCAL CRIMINAL RULE 57.1 (d)*
*ATTORNEY FOR DEFENDANT*