AO 136 (Rev. 10/13) Certificate of Good Standing

# UNITED STATES DISTRICT COURT

for the

Eastern District of North Carolina

## CERTIFICATE OF GOOD STANDING

I, _____ Peter A. Moore, Jr. _____ , Clerk of this Court,

certify that _____ Christian Emerson Dysart _____ , Bar # _____ 36734 _____ ,

was duly admitted to practice in this Court on _____ 11/14/2007 _____ , and is in good standing as a member

of the Bar of this Court.

Dated at _____ Raleigh, NC _____ on _____ 07/28/2023 _____
           *(Location)*                                    *(Date)*

_____ Peter A. Moore, Jr. _____
           *CLERK*

*Melissa Bates*
_____ *DEPUTY CLERK* _____