AO 136 (Rev. 10/13) Certificate of Good Standing

# UNITED STATES DISTRICT COURT
for the
Eastern District of North Carolina

## CERTIFICATE OF GOOD STANDING

I, __Peter A. Moore, Jr.__, Clerk of this Court,

certify that __Geoffrey Ryan Willis__, Bar # __33004__,

was duly admitted to practice in this Court on __07/10/2006__, and is in good standing as a member of the Bar of this Court.

Dated at __Raleigh, NC__ on __07/28/2023__
(Location) (Date)

Peter A. Moore, Jr.
*CLERK*

*Melissa Baker*
*DEPUTY CLERK*