UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

No. 1:23-CR-00243-RDM

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.   )<br>)<br>JAMES WYMAN,   )<br>)<br>         Defendant.   ) | **NOTICE OF APPEARANCE** |

PLEASE TAKE NOTICE that Geoffrey Ryan Willis, partner at Dysart Willis, whose office address and telephone number appear below, hereby enters an appearance in the above-captioned case as retained counsel for Defendant, James Wyman. Undersigned counsel was admitted Pro Hac Vice, by the Court's Minute Order on July 28, 2023. Defendant requests that all notices, pleadings, correspondence, or other papers or items to be served in this case be directed to the undersigned for Defendant.

Respectfully submitted, the 31st day of July, 2023.

DYSART WILLIS, PLLC

By:  /s/ Geoffrey Ryan Willis
     Geoffrey Ryan Willis
     N.C. State Bar No. 33004
     Email: ryan@dysartwillis.com
     530 Hillsborough St., Suite 200
     Raleigh, NC  27603
     Telephone: (919) 747-8380
     Facsimile: (919) 882-1222
     *RETAINED ATTORNEY FOR*
     *DEFENDANT*


## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true copy of the foregoing **NOTICE OF APPEARANCE** was served upon counsel of record with the Clerk of the Court using the CM/ECF system, which will send electronic notification of such filing to the following counsel of record:

> Alexandra Foster
> DOJ-USAO
> Lrm Heckman, Jim
> 880 Front Street
> Room 6293
> San Diego, CA 92101-8807
> Telephone: (619) 546-6735
> Email: alexandra.foster@usdoj.gov

This, the 31st day of July, 2023.

> DYSART WILLIS, PLLC
>
> By:  /s/ Geoffrey Ryan Willis
> Geoffrey Ryan Willis
> N.C. State Bar No. 330014
> Email: ryan@dysartwillis.com
> 530 Hillsborough St., Suite 200
> Raleigh, NC  27603
> Telephone: (919) 747-8380
> Facsimile: (919) 882-1222
> *RETAINED ATTORNEY FOR DEFENDANT*