UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF COLUMBIA


                         No. 1:23-CR-00243-RDM

| | |
|---|---|
| UNITED STATES OF AMERICA )| |
| ) | |
| v. ) | |
| ) | **NOTICE OF APPEARANCE** |
| JAMES WYMAN, ) | |
| ) | |
| Defendant. ) | |


   PLEASE TAKE NOTICE that Christian E. Dysart, partner at Dysart Willis, whose office address and telephone number appear below, hereby enters an appearance in the above-captioned case as retained counsel for Defendant, James Wyman. Undersigned counsel was admitted Pro Hac Vice, by the Court's Minute Order on July 28, 2023. Defendant requests that all notices, pleadings, correspondence, or other papers or items to be served in this case be directed to the undersigned for Defendant.

   Respectfully submitted, the 31st day of July, 2023.


                         DYSART WILLIS, PLLC

               By:   /s/ Christian E. Dysart
                     Christian E. Dysart
                     N.C. State Bar No. 36734
                     Email: christian@dysartwillis.com
                     530 Hillsborough St., Suite 200
                     Raleigh, NC  27603
                     Telephone: (919) 747-8380
                     Facsimile: (919) 882-1222
                     *RETAINED ATTORNEY FOR*
                     *DEFENDANT*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true copy of the foregoing **NOTICE OF APPEARANCE** was served upon counsel of record with the Clerk of the Court using the CM/ECF system, which will send electronic notification of such filing to the following counsel of record:

> Alexandra Foster
> DOJ-USAO
> Lrm Heckman, Jim
> 880 Front Street
> Room 6293
> San Diego, CA 92101-8807
> Telephone: (619) 546-6735
> Email: alexandra.foster@usdoj.gov

This, the 31st day of July, 2023.

>                    DYSART WILLIS, PLLC
>
> By:   /s/ Christian E. Dysart
>       Christian E. Dysart
>       N.C. State Bar No. 36734
>       Email: christian@dysartwillis.com
>       530 Hillsborough St., Suite 200
>       Raleigh, NC  27603
>       Telephone: (919) 747-8380
>       Facsimile: (919) 882-1222
>       *RETAINED ATTORNEY FOR*
>       *DEFENDANT*