```
              UNITED STATES DISTRICT COURT
                 DISTRICT OF COLUMBIA


                 No. 1:23-CR-000243-RDM


UNITED STATES OF AMERICA      )
                              )
     v.                       )
                              )        JOINT MOTION TO
JAMES WYMAN,                  )    CONTINUE BOND REVOCATION
                              )             HEARING
             Defendant.       )
```

Defendant, James Wyman, by and through undersigned counsel, jointly with the Government, respectfully moves the Court to continue Defendant's Bond Revocation Hearing in the above referenced matter to September 29, 2023 at 9:30 a.m. The defendant respectfully shows unto the Court the following in support of this motion:

1. On August 4, 2023, Defendant entered a plea of guilty to one count of Entering and Remaining in a Restricted Building or Grounds, in violation of 18 U.S.C. § 1752(a)(1), and Conditions of Release were set by this Court

2. Defendant's sentencing is currently scheduled for November 17, 2023 before the Honorable Judge Randolph D. Moss.

3. On September 7, 2023, Pretrial Services filed a Pretrial Violation Report against Defendant.

4. By order of this Court, a Bond Revocation Hearing was scheduled in response to the Pretrial Violation Report.

5. Undersigned counsel and the Assistant United States Attorney assigned have consulted regarding scheduling conflicts which make an in-person appearance on September 22, 2023 difficult for the parties.

6. Undesigned counsel has consulted with Assistant United States Attorney, Alexandra Foster, assigned to this matter, and is authorized to represent to this Court that the Government joins undersigned counsel in the specific request to reset this matter to September 29, 2023 at 9:30 a.m.

[THE REMAINDER OF THIS PAGE IS INTENTIONALLY BLANK.]

WHEREFORE, undersigned counsel, joined by the Government, respectfully moves that Defendant's Bond Revocation Hearing be reset to September 29, 2023 at 9:30 a.m.

This, the 12th day of September, 2023.

DYSART WILLIS, PLLC

By: /s/ Geoffrey Ryan Willis
GEOFFREY RYAN WILLIS
N.C. State Bar No. 33004
ryan@dysartwillis.com
530 Hillsborough St., Suite 200
Raleigh, NC 27603
Telephone: (919) 747-8380
Facsimile: (919) 882-1222
*RETAINED ATTORNEY FOR DEFENDANT*

/s/ Christian E. Dysart
CHRISTIAN E. DYSART
N.C. State Bar No. 36734
christian@dysartwillis.com
530 Hillsborough St., Suite 200
Raleigh, NC 27603
Telephone: (919) 747-8380
Facsimile: (919) 882-1222
*RETAINED ATTORNEY FOR DEFENDANT*

/s/ Christopher M. Young
CHRISTOPHER M. YOUNG
U.S. D.C. Bar No. 1003301
cyoung@theylf.com
700 12th St.NW, Suite 700
Washington, DC 20005
Telephone:(202) 870-1191
Facsimile: (202) 478-2119
*LOCAL COUNSEL*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true copy of the foregoing **JOINT MOTION TO CONTINUE DEFENDANT'S BOND REVOCATION** was served upon counsel of record with the Clerk of the Court using the CM/ECF system, which will send electronic notification of such filing to the following counsel of record:

> Alexandra Foster
> Assistant United States Attorney
> 880 Front Street
> Room 6293
> San Diego, CA 92101-8807
> Phone:(619) 546-6735
> Email: alexandra.foster@usdoj.gov

This, the 12th day of September, 2023.

>> DYSART WILLIS, PLLC
>>
>> By:  /s/ Geoffrey Ryan Willis
>>      GEOFFREY RYAN WILLIS
>>      N.C. State Bar No. 33004
>>      Email: ryan@dysartwillis.com
>>      530 Hillsborough St., Suite 200
>>      Raleigh, NC  27603
>>      Telephone: (919) 747-8380
>>      Facsimile: (919) 882-1222
>>      *RETAINED ATTORNEY FOR*
>>      *DEFENDANT*