UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

No. 1:23-CR-000243-RDM

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | |
| ) | **ORDER** |
| JAMES WYMAN, ) | |
| ) | |
| Defendant. ) | |

This matter comes before the Court on the parties' Joint Motion to Continue Defendant's Bond Revocation Hearing. Upon good cause shown, the Motion to Continue is hereby **GRANTED** and Defendant's Bond Revocation Hearing in this matter shall be reset to September 29, 2023 at 9:30 a.m.

**SO ORDERED.** This ___ day of _____, 2023.

_____
Randolph D. Moss
United States District Judge