# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Case No. 23-CR-00243-RDM |
| | : | |
| JAMES B. WYMAN, | : | |
| | : | |
| Defendant. | : | |

## UNOPPOSED MOTION TO CONTINUE SENTENCING

This matter is currently set for sentencing on November 17, 2023. The prosecutor assigned to the matter has either been in trial or preparing for trial in *United States v. McAbee*, 21CR0035-RC and *United States v. Samsel et al.*, 21CR0537-JMC since September 25, 2023. The prosecutor expects *United States v. Samsel et al.* to conclude by Friday, November 3, 2023 or Monday November 6, 2023. The prosecutor has not had the opportunity to review the materials, draft a sentencing memorandum and prepare for the Defendant's sentencing. The United States is therefore requesting a continuance of this matter to any date after December 8, 2023. The Defendant does not oppose the government's motion.

Respectfully submitted,

MATTHEW M. GRAVES
UNITED STATES ATTORNEY
D.C. Bar Number 481052

By: /s/Alexandra F. Foster
ALEXANDRA F. FOSTER
Assistant United States Attorney
D.C. Bar No. 470096
Detailed to the D.C. U.S. Attorney's Office
Washington, DC  20530
Alexandra.Foster@usdoj.gov
(619) 546-6735