```
                UNITED STATES DISTRICT COURT
                    DISTRICT OF COLUMBIA


                  No. 1:23-CR-000243-RDM


UNITED STATES OF AMERICA      )
                              )
     v.                       )       DEFENDANT'S
                              )    CONSENT MOTION TO
JAMES WYMAN,                  )    CONTINUE SENTENCING
                              )
          Defendant.          )
```

Defendant, James Wyman, by and through undersigned counsel, and with the consent of the Government, respectfully moves the Court to continue Defendant's Sentencing in the above referenced matter to one of the dates proposed below and to extend the date by which the Defendant must file his Sentencing Memorandum and related materials. The defendant respectfully shows unto the Court the following in support of this motion:

1. On August 4, 2023, Defendant entered a plea of guilty to one count of Entering and Remaining in a Restricted Building or Grounds, in violation of 18 U.S.C. § 1752(a)(1);

2. The Government filed its Sentencing Memorandum on the date of this Motion. Defendant's Sentencing Memorandum is to be filed by December 5, 2023, by previous Order

of this Court;

3. Defendant's sentencing is currently scheduled for December 12, 2023 before the Honorable Judge Randolph D. Moss by previous order of this Court;

4. Undersigned counsel is in ongoing communication with the Government regarding sentencing factors and contends that the requested continuance will aid the parties in ensuring that the Defendant is in full compliance with his obligations under the plea agreement and is best positioned for Sentencing;

5. Undersigned counsel, with the consent of the Government, specifically moves this Court to continue Defendant's sentencing to the week of January 29, 2024 - February 2, 2024;

6. Undesigned counsel has consulted with Assistant United States Attorney, Alexandra Foster, assigned to this matter, regarding her position and availability and is authorized to represent to this Court that the Government consents to this Motion and the relief requested therein and that the requested date range works for all parties;

[THE REMAINDER OF THIS PAGE IS INTENTIONALLY BLANK.]

WHEREFORE, undersigned counsel, joined by the Government, respectfully moves that Defendant's sentencing be continued to a date and time as determined by this Court during the week of January 29, 2024 - February 2, 2024 and that the deadline by which the Defendant must file his Sentencing Memorandum and related materials be extended to reflect the rescheduled date, should this Motion be allowed.

This, the 29th day of November, 2023.

DYSART WILLIS, PLLC

By:  /s/ Geoffrey Ryan Willis  
GEOFFREY RYAN WILLIS  
N.C. State Bar No. 33004  
ryan@dysartwillis.com  
530 Hillsborough St., Suite 200  
Raleigh, NC  27603  
Telephone: (919) 747-8380  
Facsimile: (919) 882-1222  
*RETAINED ATTORNEY FOR DEFENDANT*

/s/ Christian E. Dysart  
CHRISTIAN E. DYSART  
N.C. State Bar No. 36734  
christian@dysartwillis.com  
530 Hillsborough St., Suite 200  
Raleigh, NC 27603  
Telephone: (919) 747-8380  
Facsimile: (919) 882-1222  
*RETAINED ATTORNEY FOR DEFENDANT*

/s/ Christopher M. Young  
CHRISTOPHER M. YOUNG  
U.S. D.C. Bar No. 1003301  
cyoung@theylf.com  
700 12th St.NW, Suite 700  
Washington, DC 20005  
Telephone:(202) 870-1191  
Facsimile: (202) 478-2119  
*LOCAL COUNSEL*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true copy of the foregoing **DEFENDANT'S CONSENT MOTION TO CONTINUE SENTENCING** was served upon counsel of record with the Clerk of the Court using the CM/ECF system, which will send electronic notification of such filing to the following counsel of record:

    Alexandra Foster
    Assistant United States Attorney
    880 Front Street
    Room 6293
    San Diego, CA 92101-8807
    Phone:(619) 546-6735
    Email: alexandra.foster@usdoj.gov

This, the 29th day of November, 2023.

                      DYSART WILLIS, PLLC

                By:  /s/ Geoffrey Ryan Willis
                      GEOFFREY RYAN WILLIS
                      N.C. State Bar No. 33004
                      Email: ryan@dysartwillis.com
                      530 Hillsborough St., Suite 200
                      Raleigh, NC  27603
                      Telephone: (919) 747-8380
                      Facsimile: (919) 882-1222
                      *RETAINED ATTORNEY FOR*
                      *DEFENDANT*