UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

No. 1:23-CR-000243-RDM

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | |
| ) | **ORDER** |
| JAMES WYMAN, ) | |
| ) | |
| Defendant. ) | |

This matter comes before the Court on the Defendant's Consent Motion to Continue Sentencing. Upon good cause shown, the Motion to Continue is hereby **GRANTED** and Defendant's Sentencing is reset for _____, 2024. The deadline by which the Defendant must file his Sentencing Memorandum is extended to _____, 2024.

**SO ORDERED.** This \_\_\_ day of _____, 2023.

_____
Randolph D. Moss
United States District Judge