

24 January 2024

**VIA CM/ECF**
The Honorable Randolph D. Moss
United States District Judge
U.S. District Court for the District of Columbia
333 Constitution Avenue N.W.
Washington, D.C. 20001

Re:   **USA v. WYMAN- 1:23-CR-00243-RDM-1**

Your Honor:

     Attached for your consideration, please find seventeen (17) character letters submitted on behalf of the defendant, James Wyman, by family members, friends, classmates regarding the integrity, compassion and loyalty that have changed their lives.

- Exhibit 1: Letter from David N. Calkins, MD, *classmate of U.S. Military Academy; friend of 50+ yrs.*
- Exhibit 2: Letter from Warren David Calkin, Jr., *classmate of U.S. Military Academy; friend*
- Exhibit 3: Letter from Evangeline M. Calkin - *Friend*
- Exhibit 4: Thomas Christian Odderstol - *classmate U.S. Military Academy*
- Exhibit 5: Letter from Kenneth A. Williams, *brother-in-law*
- Exhibit 6: Letter from Mary L. Williams, *sister-in-law*
- Exhibit 7: Letter from Richard H. Naigle, *retired Major, Infantry; friend for almost 50 yrs.*
- Exhibit 8: Letter from Pastor David Nehrenz, *high school classmate; friend for 54+ yrs.*
- Exhibit 9: Letter from Kelly Ferrell, MD, *classmate of U.S. Military Academy; friend of 50+ yrs.*
- Exhibit 10: Letter from Janice Gaye Calkin, *friend*
- Exhibit 11: Letter from Rachel Patterson, Colleague; *friend*
- Exhibit 12: Letter from Baldev Shamjibhai Solanki, *friend, employee*
- Exhibit 13: Letter from Kelly Lynn Cadilla-Gibson, *family friend*
- Exhibit 14: Letter from Scott Saxon, Colleague; *friend*
- Exhibit 15: Letter from Geoffrey Gerdau, *friend*
- Exhibit 16: Letter from Paul Clark, *friend*
- Exhibit 17: Letter from Andrew Wojtkow, *friend & current cadet at U.S. Military Academy*

Your consideration in this matter is greatly appreciated.

Sincerely,

Christian E. Dysart
*Attorney for Defendant*

Geoffrey Ryan Willis
*Attorney for Defendant*

*Enclosures*

530 Hillsborough Street  |  Suite 200  |  Raleigh, North Carolina  |  27603
919.747.8380

David N Calkins, MD
CDR USN RET
620 Four Hills Rd SE
Albuquerque, New Mexico 87123

**EXHIBIT 1**

To the Honorable District Judge Moss
333 Constitution Avenue
Washington, DC 20001

The Honorable District Judge Moss

Re: James 'Jim' Wyman

Dear Sir:

I have known Jim Wyman for over 50 years, as a dear friend, West Point Classmate, and fellow Army officer. Jim has always been a very cerebral and passionate man. I have not known him to do purposely or consciously anything that could even possibly be considered seditious. He is willing to go the extra mile to help another or accomplish his assigned mission. He is fearless but thoughtful. He recently accompanied me on a mission to retrieve my wife's family from the Ukraine ( in March of 2022), just after the Russians reached the outskirts of Kiev and we had concerns of them being taken or killed. My wife was falling apart and so I decided to go there and retrieve them. After just discussing with him the logistics of the mission and how I could possibly get them out, he spontaneously volunteered to come with me. He accompanied me and became a good friend to the Zoruk family until we parted ways to return expeditiously as I needed to get them back to the U.S. immediately after I was injured and needed medical treatment. Jims's support was above and beyond, as usual. My wife's family is still in awe of his generosity and bravery to assist when his own family was not at risk.

Jim has been a stalwart in the care and assistance of one of our classmates who is in poor health in Florida and frequently travels down there to assist them and lend support. Before his wife passed away from cancer, he was very active in supporting the operation of American Forward Operating Bases in various countries like Djibouti and Afghanistan.

As a career officer and physician in the Army and the Navy, I have not had any reason to act in any way that wasn't supportive of our nation. I believe that my experience with Jim has shown him to be just as trustworthy in word and deed.

David N Calkins, MD

CDR USN RET

West Point Class of 1977

January 21, 2024

The Honorable District Judge Moss
United States District Court
District of Columbia
333 Constitution Avenue, NW
Washington, DC. 20001

Warren David Calkin, Jr.
4055 Bedford Avenue
Winter Haven, FLA 33884

Dear Sir:

    I first knew of Jim Wyman at West Point Military Academy.  Later, I became better acquainted when he was part of a team of classmates that built a deck on the back of our house in Fayetteville, NC.  As I am a paraplegic, the deck gave me access to my back yard at the time.  They did an excellent job.  They offered their time without condition or without question.  We got to know him and his wife, Mary, because they lived a few hours away in Durham, NC.  They would visit us, and we became good friends.
    Jim also asked my help with various engineering projects.  I was so bored with nothing to do.  He worked as an entrepreneur on engineering prototypes.  I helped assess the viability of projects.  It was lots of fun, and very fulfilling.  When we moved to Florida, we kept in touch with him and his wife, who later died of cancer.
    We crossed paths again in North Carolina while I was visiting my parents.  I suffered an accident that broke by tibia and fibula.  I had to be hospitalized where I could also receive dialysis at Cape Fear Valley Hospital in Fayetteville, NC.  My wife had to continue to Virginia, where my daughter needed her.
    During the following two weeks, while I was at the hospital, Jim made the 3 hour trek from Durham, NC, daily to help me and keep me company.  He chased down nurses and doctors when needed and was a terrific problem-solver.
    I spent a year in the VA Hospital in Tampa, FLA.  Jim visited for a few days.  He recently visited again and stayed at our home.  He did household repairs that I couldn't manage.
    He journeyed to Ukraine with a distant cousin, Dave Calkins, in order to rescue his wife's family, who were stuck in a dangerous situation.
    He's proven to be a true friend you can rely on in any situation.  My wife and I are proud to call him friend.

                Sincerely,

                Warren David Calkin, Jr.

January 21, 2024

The Honorable District Judge Moss
United States District Court
District of Columbia
333 Constitution Avenue, NW
Washington, DC. 20001

Mrs. Evangeline Calkin
4055 Bedford Avenue
Winter Haven, FLA 33884

Dear Sir:

 I've known Jim as a close family friend for a little over ten years. I met him through my husband Warren. They had gone to West Point Military Academy together. I also knew Jim's deceased wife, Mary.

 I am the primary caretaker of my husband, Warren. My husband is a paraplegic, ESRD (End Stage Renal Disease), COPD (Chronic Obstructive Pulmonary Disease), and he's now losing sight in his right eye. Jim has proven a helpful and constant friend over the past 10 years.

 In 2013 we had moved to Fayetteville, NC. Jim, Mary, and a few other friends came and built a deck for Warren to be able to get outside for sun. Also, during our short time in Fayetteville, Jim had found that Duke Hospital was a good place to treat migraines, from which I suffer. They invited me to visit, and Jim took me to Duke Hospital for an initial assessment there.

 In 2022 Warren and I were traveling from Florida to NC so that Warren could visit with his parents for a few days on our way to Virginia. Warren got his leg caught and broke his tibia and fibula. He had to be at Cape Fear Valley Hospital in Fayetteville, NC, where they could take care of his broken bones as well as give him dialysis. I had to leave my husband and continue to Virginia to help my daughter, a medical provider, by taking care of her two children. Jim offered and did travel daily from Durham to Fayetteville during that time in order to spend 12-14 hours each day to make sure my husband's needs were being met.

 Currently we are having a crisis in which Jim has volunteered to travel to Florida and help us if possible. He has offered to be my husband's primary caretaker during my current medical procedures. I am being treated for skin cancer. I'm also going through the process of kidney stone surgeries. Both are painful and debilitating.

 Jim has been a true friend to me and my husband. He has volunteered to travel from North Carolina to Florida whenever needed and possible.

Sincerely,

Evangeline M. Calkin

January 21, 2024

The Honorable District Judge Moss

I am writing on behalf of my West Point classmate, Jim Wyman. I have known Jim since our West Point days, which is more than 50 years now, and this is definitely among things that I never would have believed that I would be doing.

Jim's character and honesty are exceptional - even among West Point graduates. Many instances come to mind, but two are worth bringing up here.

One of our classmates, Dave Calkin, was confined to a wheelchair 30+ years ago. Dave subsequently had problems with his kidneys. Jim has continuously helped Dave in his struggle to get medical support through the VA. I was personally involved when Jim organized building a deck and a ramp at Dave's house, so that Dave could go up and down through his front door, and go outside to enjoy the outside air on his new deck. 7 or 8 of our classmates contributed our time and money to build the deck and ramp over one weekend. On the same weekend, we also widened two bathroom doors in Dave's house to accommodate Dave's wheelchair. A lot of us contributed that weekend, but Jim took care of Dave on a more regular basis (taking Dave to dialysis appointments, among other things).

Another such service was when another West Point classmate had family in Ukraine when the current war broke out. Jim joined this classmate in travelling to Poland, then making their way into Ukraine to try and find the family. They eventually did find the family, and then trekked back to Poland, and through much of Europe trying to find a way to bring the family back to the US. It was a long adventure, but they eventually brought the family to the US, where they are currently staying (and working) for at least the duration of the war.

There are more events than just these two, but these are reflective of the type of man Jim has been for the entire time that I have known him. I certainly hope this helps in consideration for his sentencing.

*[signature]*

Thomas Christian Odderstol
US Military Academy, class of 1977

Kenneth Allen Williams,
1168 Long Lane
Mount Joy, PA
17552


To the Honorable District Judge Moss
333 Constitution Avenue
Washington, DC 20001


Dear Judge Moss,

I am writing this letter on behalf of Jim Wyman, my brother-in-law. I have known Jim for 28 years – my wife is
his sister-in-law.
In my experience, Jim Wyman is someone who possesses several remarkable traits. Jim is a very kind-hearted
person who is well known by my family and friends to be by your side when needed.
One significant instance is when I first met Jim 28 years ago at a family gathering in Lancaster PA. My son was
about 10 years old at the time. Jim having a mentoring kind of personality had a long conversation with my
son. After Jim returned to his home in North Carolina, he sent my son a book to read, as Jim believes in the
importance of young individuals receiving a good education. Years later neither Jim or I could remember the
name of the book. However after all these years my son does! (It was
The Wind in the Willows
.) My son still
has the book. This is just one small story of many of the kind of person Jim Wyman is to the people in his life.

Sincerely,

Kenneth A. Williams

*Kenneth A. Williams*

January 21, 2024
Mary Lou Williams
1168 Long Lane
Mount Joy, PA
17552

To the Honorable District Judge Moss
333 Constitution Avenue
Washington, DC 20001

Dear Judge Moss,

My name is Mary Lou Williams, and I have known Jim for 41 years, when he and Mary had me at their house
in North Carolina. What I can tell you about him is that he is a very kind-hearted man. I don't know many men
that are always trying to help in any way possible.
He especially strives to help young adults with their careers with any knowledge he might have. He'll always
go the extra mile, to help in any way he can. He'll talk to friends, research topics, anything he can do to help.
He gave my niece an iPad when she went to college so she could continue her art work and so she could take
notes in class.
A few years ago my half-sister Marion died in Cincinnati Ohio. All of the other nine half-brothers and half-
sisters were either busy or unwell. Jim went to Cincinnati to handle her final affairs.
Later that year he traveled here to visit my 87 year old mother Louise Finefrock, who was not in good health.
My mother had been estranged from her daughters Mary and Marion for several years. Jim spent time with
my mother, explaining the things Mary and Marion had accomplished in their lives before they passed.
He gave my Mother a beautiful gift before she passed away. He gave her knowledge about her two oldest
daughters and their accomplishments.

Sincerely,

Mary Lou Williams

*Mary L Williams*

17 January 2024

The Honorable District Judge Moss,

Your Honor, I respectfully request that James Brierley Wyman receive the most lenient sentence possible for attending the January 6th demonstration which became a riot. The riot benefitted those who did not want the Electoral College to hear challenges before certifying the Presidential election. I am certain Jim never intended to violate any law, nor did he intend to disrupt the proceedings of the Electoral College.

I have known Jim Wyman for almost fifty years. I met him at the United States Military Academy where we were classmates and became lifelong friends. Jim is a man of honor, integrity, and compassion. He has always led others to follow the law – to do what is right. I know him to be a very honest and concerned citizen. He believes in law and order, supports the Constitution of the United States as written, and supports free speech and peaceful assembly. He expects people to be held accountable for their actions when they violate the law. The last thing in the world Jim would support is rioting. We saw too many during the "mostly peaceful protests" in the summer of 2020.

I am absolutely certain that Jim did not engage in any conduct which destroyed property, nor did he harm anyone physically. He would only hurt someone in self-defense or to defending someone who was being assaulted and was unable to defend themselves. Jim has a defender personality. He would attempt to talk someone out of a fight, not start one. He would certainly let you know he disagreed with you, but he would agree to disagree.

Jim has always been a model citizen – law abiding, a role model in his community. He is generous and treats everyone with respect. He has spent hundreds of hours assisting a paraplegic classmate, Dave, who is on dialysis due to three (3) overdoses administered to him by Veterans Administration personnel. Jim helped us organize and provide caregiver support so Dave's wife, Lynn, could receive medical care that she had deferred in order to care for her husband, Dave. Jim lost the love of his life, his wife, to cancer while he was assisting Dave and Lynn. They were very close and it grieved him immensely, but he continued to assist others in spite of his own loss. Those of us who know him are truly Blessed to call Jim a friend – he will always be there for others.

Many of us expect elected leaders and public service employees to do the right thing – to choose the harder right over the easier wrong. We expect people to tell the truth, the whole truth, and nothing but the truth. We expect Federal and State governments to follow the law as written, and judges to apply it equally to all. We want punishment to fit the crime. Whatever Jim did, it is very unlikely that it was a crime of intent. He would step in to break up a fight, not start one, and he would protect others.

I am certain that Jim intended to peacefully exercise his First Amendment rights. He has already been punished … he spent time and resources on his defense, and his reputation is tarnished. I urge Your Honor to suspend the recommended sentence and send him home after giving him a stern warning.

Thank you.

Richard H. Naigle
Major, Infantry
United States Army (Retired)



**TRINITY LUTHERAN CHURCH, SCHOOL,
& CAMPUS MINISTRY—LCMS**
603 Classen Boulevard
Norman, Oklahoma 73071-5048

(405) 321-3443    **Pastor David R. Nehrenz**
Campus Ministry, Vicar
Youth Director

(405) 329-1503    School Principal
Child Care Director

January 22, 2024

**EXHIBIT 8**

The Honorable District Judge Moss,

This is character reference letter on behalf of my long-time friend, James Wyman. We began high school in 1969 together at Lutheran West High School in Rocky River, Ohio and we graduated in 1973. I was the center and he was the punter on our football team,

After graduation, he received an appointment to West Point. He served honorably in the military

I attended seminary and have now been a Lutheran pastor, since 1982, for 41 years.

I make an appeal to you for a lower sentence for Jim Wyman.

He is a man of high character had endured the death of his dear wife Mary.

I knew his father and mother in Ohio, and I can vouch for his family, his concern for other people and his superb intelligence.

Whatever the sentence he receives, it should take into consideration his patriotism, his love of country and his daily concern for his neighbor.

I know the Federal Sentencing Guidelines, although not mandatory, provide the court with recommendations, and I realize how significant the possible sentence could be. I hope that you will find Jim's life and work to warrant a low sentence.

Sincerely,

*Pastor David R. Nehrenz*

Pastor David Nehrenz

Trinity Lutheran Church

603 Classen Blvd.

Norman, Oklahoma 73071

405-321-3443

davidnehrenz@gmail.com

January 19, 2024

Dear Judge Moss,

I write to describe the character of Jim Wyman. I've known Jim since 1973 when we both attended and graduated from the United States Military Academy at West Point. I subsequently had three assignments as a combat engineer officer at various Army posts where Jim was also serving. Although I left the Army to pursue a career in medicine, I have stayed in close contact with Jim in the 45-plus years of our friendship to include hosting Jim and his wife, Mary, at our home, vacationing together as couples and reuniting with West Point classmates at various locations.

I understand that Jim has pleaded guilty to the US Capitol trespassing charge. I write to give a glimpse of the person who I've known for nearly five decades. Jim was adopted at an early age. Space doesn't allow detailed description but his adoptive mother passed away while he was quite young. His father remarried but the stepmother did not want a relationship with her new step-son. From what I gather from Jim's recollections, the relationship was quite strained and after his graduation from West Point she told him that he was no longer welcome in their home. Jim complied with her request and stayed in contact with his dad over the next few years by phone calls and emails directed to his father's work address. His stepmother objected to such contact and forbade her husband from continuing such contact. To his discredit, Jim's father reluctantly agreed to his wife's demand. Decades passed until Jim was contacted by his stepmother's attorney/guardian who notified him of her diagnosis with dementia and her new address in a long-term memory care unit, Disregarding the past shameful treatment of their relationship, Jim took the time to fly home to acquaint himself with her situation and needs. Jim made five or six such fruitful trips in the next few years to visit his now appreciative step-mother until she died. With no goal beyond helping a person in need, Jim overlooked painful memories and made himself available for the benefit of another. Space does not allow me to recount similarly impressive episodes where Jim has come to the aid of others at considerable expense too himself but I trust that this one example suffices to demonstrate the depth of character and good will toward others that Jim possesses.

It is my opinion that a probationary sentence within the guidelines of sentencing satisfies the demand for justice in this setting. I am available for further comment if it would be helpful.,

Sincerely,

*Kelly Ferrell*

Kelly Ferrell, M.D.

**EXHIBIT 10**

January 21, 2024

The Honorable District Judge Moss
United States District Court
District of Columbia
333 Constitution Avenue, NW
Washington, DC. 20001

Janice Gaye Calkin
245 Suncreek Drive
Benson, NC. 27504

Dear Sir:

    My name is Janice Gaye Calkin, and I am writing this letter to support Jim Wyman, a friend of the family.

    Jim Wyman was recommended to me by my son, Warren David Calkin, Jr., after my husband, Warren David Calkin, Sr., died in December of 2022. He readily agreed to help me with the VA benefit process.

    My husband was a 30 year Army veteran. I am his 91 year old widow. It was very hard for me to understand the process of applying for the widow's VA benefits. He was involved with helping me for a good six months. He was my representative and worked tirelessly wading through various forms and assisting me through it. He made out-of-town trips at his own expense to investigate the forms and process.

    I think he is a good man. He exhibited patience, sensitivity, and kindness to an old, grieving woman. I am very grateful for his commitment and intelligent expertise.

Sincerely,

*Janice Gaye Calkin*

Janice Gaye Calkin

Rachel Patterson
3272 Maytown Rd Marietta Pa 17547
c. 717-269-4572
e. rachelpatterson@comcast.net

The Honorable District Judge Moss
333 Constitution Avenue
Washington, DC 20001

Dear Judge Moss,

I hope this letter finds you in health and high spirits. I am writing to offer my personal character reference for Mr. James Wyman, who is currently involved in a legal matter before your esteemed court.

I have known James for many years as a colleague and friend, and throughout this time, I have had the opportunity to witness his exceptional qualities and unwavering moral compass. James possesses a strong sense of integrity and upholds the highest ethical standards in all areas of his life.

In addition to his impeccable character, James is also a man of great compassion and empathy. I have seen him actively engage in community service initiatives, providing support to those in need and making a positive impact on the lives of others. His dedication to helping others is truly inspiring, and it is a testament to his genuine concern for the well-being of his fellow citizens.

Furthermore, James is highly regarded for his professionalism and reliability. He consistently demonstrates excellent decision-making skills, critical thinking abilities, and sound judgment. I firmly believe that his contributions to both personal and professional endeavors have always been marked by diligence, accuracy, and a commitment to excellence.

Based on my extensive interactions with James, I can confidently state that he is an individual of utmost integrity, reliability, and moral character. I have no doubt that these traits will continue to guide him throughout his life, and I firmly believe that he will be an asset to any community he becomes a part of.

Should you require any further information or clarification regarding my reference for James Wyman, please do not hesitate to contact me at [your phone number or email address].

Thank you for considering my input. I trust that this character letter will be of assistance in evaluating James's true nature and making a fair and just decision.

Yours sincerely,

Rachel Patterson

1/21/2024

# SHREYANS WATER ENGINEERS
## Water & Wastewater Management

EXHIBIT 12

Date: 22 Jan 2024

To,
The Honorable District Judge Moss
United States of America

To Whom It May Concern,

I am pleased to recommend Mr. Jim Wyman, my immediate Boss in Engineering Department (2002 to 2006 for "Operations Enduring Freedom" under LOGCAP Project at Camp Lemonnier, Djibouti, East Africa and coworker at Bagram Air Base up to 2010 under the LOGCAP III & IV Project for Providing Support Services to UF Forces), through this character reference letter. I have known Wyman for more than 10 years.

I started my Carrier under Main Contractor Halliburton/KBR & then with Fluor Daniel; started Job as ROWPU Operator and left the Project as Country Manager for Water & Wastewater Operations.

During my tenure at LOGCAP, I have found Mr. Wyman to be sincere, hard-working, diligent and of high moral and ethical standards.

Being Project related work, Mr. Wyman was a go-to person for Office atmosphere, taking care of many things at personal level by going above and beyond considering most priority as providing good services to U S Forces.

Based on such experiences, I feel confident in endorsing Mr. Wyman. He is a good human being, good leader, good supervisor and he will not let down anyone as well as he is always ready to do best for his country. Mr. Wyman is a high-minded individual of exceptional character and integrity.

I am still in contact with Wyman since 2011 and it is my honor to have a very good friend/boss/mentor like him.

I will be happy to provide further feedback on Mr. Wyman. Please feel free to contact me for more details, if needed.

Yours faithfully,

BALDEV SHAMJIBHAI SOLANKI
Digitally signed by BALDEV SHAMJIBHAI SOLANKI
Date: 2024.01.22 12:54:41 +05'30'

For, SHREYANS WATER ENGINEERS

Designation: Proprietor (Director)
Authorised Signatory
Company Name: Shreyans Water Engineers
GSTIN-24DGYPS2209J1ZU
Indian Passport Number: G7119154

Company Stamp:

EXHIBIT 13

Kelly Cadilla-Gibson
415 Upper Grassy Branch Road
Asheville, NC 28805
828-989-4022
Cadilla.kelly@gmail.com

Dear Honorable District Judge Moss,

I am writing this letter on behalf of James Wyman. I first met Jim in 1991 when he started playing tennis with my Dad. Jim and his wife Mary were a loving presence in our lives. Growing up we spent many holidays together and Mary died at the end of 2019 of cancer.

A remarkable trait that comes to mind when I think about Jim is his honesty. People will often times lie to avoid hurting someone's feelings, but Jim has made it an art form of how to stay honest and do so tactfully. One significant instance that demonstrates such level of honesty was during an interview for his insurance coverage. His wife Mary had explained to me that when the insurance agent asked him whether he was a smoker he answered no. When asked if he had smoked in the previous year, he answered yes since he smoked one cigar when he was on vacation. While the insurance agent tried to get him to redact his statement, he insisted that he would not lie and as a result had to pay a higher insurance rate. This is typical for Jim, he would rather be honest and embrace the consequences for telling the truth than lie.

Jim and Mary were there for chorus performances, graduations, and the birth of my kids who have also come to know him as "Uncle Jim." They value and love him for being a kind and consistent person who continues to show up in their lives as a great uncle.

Thank you for taking the time to read this letter and learn about the impact that James Wyman has had on our family.

Sincerely,

*Kelly Lynn Cadilla-Gibson*

Kelly Lynn Cadilla-Gibson

**Scott Saxon**
5078 309th Ave NE
Cambridge, MN 55008
ama1437@gmail.com
919-885-4950

2024-01-22

To the Honorable District Judge Moss,

I am Scott Alan Saxon, resident of Cambridge, Minnesota. I am writing this letter on behalf of Jim Wyman. I have known Jim for 14 years. We met through my business, TechShop RDU, LLC. TechShop operated similar to a gym membership, but instead of exercise equipment, we had a wood shop, machine shop, textiles lab, plastics lab, laser cutters, 3D printers, and much more, all available to anyone for a $100 a month membership fee.

I was the founder of the Raleigh Durham location. Jim was an investor in TechShop. That business ran from 2008 through 2013. Jim and I found we had a lot in common, having both been civilian contractors in Iraq and Afghanistan during the same approximate time period. He has demonstrated incredible knowledge in all things technical and has shared much of that information with me, always wanting to help and lift me up.

I sometimes wonder what Jim sees in me, but he has always been one of the most helpful and giving people I have ever met. He is also one of the smartest people I know. Jim has repeatedly spent large amounts of his time giving me insight into various topics and taking his time to help me understand things that would otherwise be "well above my pay grade." I'm literally a better person just by being around him.

Thank you for taking the time to read this letter. I am available to answer any questions you might have and hope this letter will make an impact on how you look at Jim Wyman.

Respectfully,

Scott Saxon

The Honorable Randolph D. Moss
U.S. District Court for the District of Columbia
E. Barrett Prettyman U.S. Courthouse
333 Constitution Ave., N.W.
Washington, D.C. 20001

RE: JAMES B WYMAN

Dear Honorable District Judge Moss

I am writing on behalf of James B. Wyman, who is currently under consideration for sentencing in your court. As his close friend and mentor for the past several years, I have witnessed his personal growth and dedication to helping others. Our relationship began with business-related contract work but evolved into a mentorship and eventually what I believe is a friendship. Having known him for just under a decade, I can confidently say that he is a rare individual with outstanding character. James' character and rule following extends all the way down to his obsession with safety precautions and procedures. This attention to detail and adherence to rules is commendable and has been a consistent part of his life.

James was adopted and grew up in Ohio. Although he was not a Boy Scout, he embodies their spirit and character. I believe that his commitment to doing what's right kept him far away from the infamous 1970's West Point Cheating scandal where a large section of the class was expelled. After the loss of his wife, Mary, to cancer, it was not easy for him to move forward. My gut tells me that he occupied his time as much as possible to avoid the pain of thinking about her. Around this vulnerable time, he was more easily influenced by others.

At his wife's memorial, I was struck by the number of people he had selflessly mentored and helped over the years – dozens of individuals who came to speak highly of both his and Mary's character and contributions. I don't know how they found the time for all of them. The world would be a better place with more individuals with similar character and almost annoying obedience to rules. I believe it would be most prudent to consider the potential impact of his absence on our society and country, in a dangerous world.

In conclusion, I respectfully request that you take James' personal growth, improved methods of dealing with loss, selfless service to others, and efforts to make amends into account when determining an appropriate sentence. A lenient sentence would not only give James a chance to rebuild his life but also send a message that individuals with his caliber of character, service and rare expertise are valuable assets to our society.

Thank you for your time and consideration in this matter. I am available to provide any additional information or testimony should it be needed.

Cordially,
Geoffrey D Gerdau

EXHIBIT 16

Date: January 20st, 2024

To: The Honorable District Judge Moss.
From: Paul Clark, friend of Jim Wyman
Purpose: Character Reference Letter

Dear Honorable District Judge Moss,

I am writing to provide a character reference for my good friend, Jim Wyman, whom I have had the pleasure of knowing since 2014. Over the years, our relationship has evolved from professional collaboration to a genuine friendship built on mutual respect and shared values.

Jim played a crucial role at a startup I founded, where he volunteered his time and expertise for over a year to support the success of the venture. His dedication and commitment were evident, and it was clear that Jim's intentions were solely focused on contributing to the team's success.

Our connection goes beyond the professional realm. Jim and I regularly meet to discuss both big and small business ideas, offering each other valuable insights and encouragement to pursue our dreams. This camaraderie extends to our families, as we have shared time together on numerous occasions. Jim has consistently demonstrated his generosity by giving thoughtful gifts to my family for holidays and birthdays.

One particular event strengthened our bond on a profound level. I was with Jim when his wife passed away after battling a sickness. This shared experience deepened our connection, and Jim's strength and resilience during that challenging time left a lasting impression on me.

What stands out most about Jim is his unwavering commitment to helping others succeed. He is a righteous individual with a genuine desire to see those around him thrive. In my circle of friends, Jim is regarded as an upstanding person, someone whose integrity and goodwill make a positive impact.

I believe deeply Jim Wyman is a person of high character and integrity. His dedication, generosity, and positive influence have left a lasting impression on me, both personally and professionally. If you have any further questions or require additional information, please feel free to contact me.

Thank you for considering my endorsement of Jim Wyman.

Sincerely,

Paul Clark
Chapel Hill, NC

Andrew Christian Wojtkow
745 Brewerton Rd. #4656
West Point, NY 10996
January 20, 2024

To the Honorable District Judge Moss
333 Constitution Avenue
Washington, DC 20001

Dear Judge Moss,

In my two years of time knowing Mr. Jim Wyman as a friend and mentor, I can stand behind his character firmly.

I am a cadet at West Point, an institution known for building moral character in individuals with the values of Duty, Honor, Country being stressed first and foremost. Mr. Wyman is a graduate of this institution, and his life's story is trying to live out these values, in both his career and personal life. As a child, he was raised to cherish these values, as his grandfather was in the U.S. Army and his uncle graduated from the Academy and served as a U.S. Army officer. Mr. Wyman went on to serve our nation in the Army as an officer, then later as a defense contractor where he spent years deployed to Afghanistan and Iraq.

Mr. Wyman has mentored me to truly internalize these values. If you hold these values at the forefront, your character will be strong, which will lead to actions that are morally sound. I have seen only a few individuals hold the values of Duty, Honor, and Country as dear as Mr. Wyman.

Mr. Wyman and I both also share a lifelong commitment to the Cadet Honor Code: "A cadet will not lie, cheat, steal, or tolerate those who do." The first part of the code is about personal conduct, but it takes extra effort to live out the second part, refusing to tolerate lying, cheating or stealing around you. Mr. Wyman lives by this code, and he lives up to the values of Duty, Honor and Country.

Mr. Wyman's character is inspiring to me, and I hope to live up to the level of character that he has someday.

Very Respectfully,

Andrew Wojtkow